UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESI GROUP, a foreign corporation; ESI NORTH AMERICA, INC., a Michigan corporation; and ESI US R&D, INC., a Michigan corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WAVE SIX, LLC, a California limited liability company; DASSAULT SYSTEMES SIMULIA CORP., a foreign corporation; PHILIP SHORTER, an individual; VINCENT COTONI; an individual; SASCHA MERZ, an individual; and TERENCE CONNELLY, an individual,<br><br>Defendants. | Case No.: 17-CV-2293 TWR (MSB)<br><br>**ORDER RESETTING HEARINGS AND CONTINUING PRETRIAL CONFERENCE**<br><br>(ECF Nos. 119, 121, 124) |

In light of the transfer of this action to the undersigned, the Court **RESETS** the hearing on Defendants' Motion for Summary Judgment (ECF No. 119) and to Exclude Plaintiffs' Experts (ECF No. 121), and Plaintiffs' Motion to Exclude Opinions and Testimony of Defendants' Proposed Experts (ECF No. 124) for <u>January 13, 2021 at 1:30 p.m. in Courtroom 3A</u>.

The Court therefore **CONTINUES** the Final Pretrial Conference to March 24, 2021 at 1:30 p.m. in Courtroom 3A and sets the pretrial deadlines as follows:

| Event | Prior Deadline | Current Deadline |
|---|---|---|
| Deadline to file Memoranda of Contentions of Fact and Law and to take any other action required by Civil Local Rule 16.1(f)(2) | N/A | **February 17, 2021** |
| Deadline to comply with pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) | November 20, 2020 | **February 24, 2021** |
| Deadline for counsel to meet and take action as required by Civil Local Rule 16.1(f)(4) | November 30, 2020 | **March 3, 2021** |
| Deadline for Plaintiff's counsel to provide opposing counsel with the proposed pretrial order for review and approval | N/A | **March 10, 2021** |
| Deadline to lodge with the Court the Proposed Final Pretrial Conference Order, including objections to any other party's Rule 26(a)(3) Pretrial Disclosures | December 3, 2020 December 10, 2020 | **March 17, 2021** |
| Final Pretrial Conference | January 6, 2021 at 1:30 p.m. in Courtroom A | **March 24, 2021 at 1:30 p.m. in Courtroom 3A** |

**IT IS SO ORDERED.**

Dated: October 26, 2020

_____
Honorable Todd W. Robinson
United States District Court