UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESI GROUP, a foreign corporation; ESI NORTH AMERICA, INC., a Michigan corporation; and ESI US R&D, INC., a Michigan corporation,<br><br>         Plaintiffs,<br><br>v.<br><br>WAVE SIX, LLC, a California limited liability company; DASSAULT SYSTEMES SIMULIA CORP., a foreign corporation; PHILIP SHORTER, an individual; VINCENT COTONI; an individual; SASCHA MERZ, an individual; and TERENCE CONNELLY, an individual,<br><br>         Defendants. | Case No.: 17-CV-2293 TWR (MSB)<br><br>**ORDER GRANTING UNOPPOSED *EX PARTE* MOTION FOR LEAVE FOR MR. CARRIER TO APPEAR TELEPHONICALLY**<br><br>(ECF No. 159) |

  Presently before the Court is Defendants' *Ex Parte* Motion for Leave for Mr. Carrier to Appear Telephonically at Upcoming Hearings on Motions for Summary Judgment and Daubert Motions ("Mot.," ECF No. 159). Defendants request Mr. Tristan Carrier, in-house counsel for Defendant Dassault Systemes Simulia Corp., to appear telephonically at the upcoming hearing on June 29, 2021. Good cause appearing, the Court **GRANTS** the

Motion.  Counsel may use the following teleconference information for the hearing:

    Dial-in Number:    (888) 278-0296

    Access Code:    9116135

**IT IS SO ORDERED.**

Dated:  June 25, 2021

Honorable Todd W. Robinson
United States District Judge