UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESI GROUP, a foreign corporation; ESI NORTH AMERICA, INC., a Michigan corporation; and ESI US R&D, INC., a Michigan corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WAVE SIX, LLC, a California limited liability company; DASSAULT SYSTEMES SIMULIA CORP., a foreign corporation; PHILIP SHORTER, an individual; VINCENT COTONI; an individual; SASCHA MERZ, an individual; and TERENCE CONNELLY, an individual,<br><br>Defendants. | Case No.: 17-CV-2293 TWR (MSB)<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO STRIKE AND STRIKING ECF NOS. 164 AND 164-1**<br><br>(ECF No. 164, 164-1, 165) |

Presently before the Court is Plaintiffs ESI Group; ESI North America, Inc; and ESI US R&R, Inc.'s Motion to Strike Docket Entries 164 and 164-1 and Remove Their Images from the Docket ("Mot.," ECF No. 165), which Defendants do not oppose. (*See id.* at 1.) Plaintiffs explain that they inadvertently filed confidential information subject to the Parties Protective Order (ECF No. 46 Ex. 1) in those particular docket entries, which

Defendants' counsel brought to their attention. Good cause appearing, the Court **GRANTS** the Motion. The Clerk of Court **SHALL STRIKE** ECF Nos. 164 and 164-1 and **SHALL REMOVE** their images from the docket. Plaintiffs **MAY REFILE** the their Memorandum of Contentions of Fact and Law and Witness List and Exhibit List without the confidential information.

**IT IS SO ORDERED.**

Dated: September 2, 2021

_____
Honorable Todd W. Robinson
United States District Court

2

17-CV-2293 TWR (MSB)