# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESI GROUP, a foreign corporation; ESI NORTH AMERICA, INC., a Michigan corporation; and ESI US R&D, INC., a Michigan corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WAVE SIX, LLC, a California limited liability company; DASSAULT SYSTEMES SIMULIA CORP., a foreign corporation; PHILIP SHORTER, an individual; VINCENT COTONI; an individual; SASCHA MERZ, an individual; and TERENCE CONNELLY, an individual,<br><br>Defendants. | Case No.: 17-CV-2293 TWR (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 185) |

///
///
///
///
///
///

| | |
|---|---|
| 1 | Presently before the Court is the Parties' Joint Motion to Dismiss (ECF No. 185). |
| 2 | Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES** with |
| 3 | prejudice the action. All parties shall bear their own costs, fees, and expenses of litigation. |
| 4 | **IT IS SO ORDERED.** |

Dated: December 22, 2021

*[signature]*

Honorable Todd W. Robinson
United States District Judge